UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO.  CR 16-132 CRB** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **REGARDING POST-TRIAL BRIEFING** |
| v. ) | |
| ) | |
| CHARLES BURNS, ) | |
| ) | |
| Defendant. ) | |

The Court has requested that the parties meet and confer regarding a briefing schedule for post-trial issues in the above-captioned matter. The parties hereby propose the following schedule:

1. Mr. Burns will file his opening brief regarding his request for relief under Federal Rule of Criminal Procedure 29, including briefing as to whether Leola Havard Early Education School qualifies as a "school" for purposes of Count 3 of the Superseding Indictment, by Tuesday, April 25, 2017.
2. The Government will file its opposition to the opening brief by Tuesday, May 16, 2017.
3. Mr. Burns will file his reply to the opposition by Wednesday, May 24, 2017.
4. The parties request that this matter be set for a hearing on Monday, June 5, 2017 or on Tuesday, June 6, 2017. Motion Hearing set for June 6, 2017 at 10:00 a.m.

STIPULATION RE POST-TRIAL BRIEFING
CR 16-132 CRB

1 | **IT IS SO STIPULATED**.

2 |                                           BRIAN J. STRETCH
United States Attorney

Dated: April 17, 2017                      /s/
ANDREW F. DAWSON
JULIE D. GARCIA
Assistant United States Attorneys


STEVEN G. KALAR
Federal Public Defender

Dated: April 17, 2017                      /s/
SHILPI AGARWAL
ELIZABETH FALK
Attorneys for Defendant Charles Burns


**IT IS SO ORDERED.**

April 19, 2017
DATED                                Hon. Charles Breyer
Senior United States District Judge